PROB.22
(Rev. 2/88)

| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:95CR00077-001 | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Cecilio F. McDonald**<br>**755 219th Street Bronx**<br>**Bronx, New York 10467** | DISTRICT<br><br>Rhode Island | DIVISION<br><br>Providence | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Ernest C. Torres<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br><br>September 14, 2005 | TO:<br><br>September 13, 2010 |

JUDGE SWAIN

OFFENSE

Possession With Intent to Distribute a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

JUDGE SWAIN

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

5/30/06 — *Date*

Ernest C. Torres
*Honorable Ernest C. Torres*
*Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP 2 2 2006

*Date*

*United States ~~District~~ Judge*
Magistrate

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York